Davidoff, Malito & Hutcher LLP
Attorneys for Plaintiff
605 Third Avenue
New York, New York 10158
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ORIX FINANCIAL SERVICES, INC., formerly
known as ORIX CREDIT ALLIANCE, INC.,

                         Plaintiff,

        -against-                              ORDER AND STIPULATION
                                                         OF DISMISSAL
W.E. GRADING & SAND, LLC and            06 Civ. 13673 (PKL)
LAWSON B. WATSON, JR.,

                        Defendants.
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by and between the undersigned on behalf of the plaintiff and the defendants that, pursuant to Rule 4l(a) (1) (ii) of the Federal Rules of Civil Procedure, this action be dismissed with prejudice and without costs to any party. This Stipulation may be filed with the Clerk of the Court without further notice.

Dated:       New York, New York
               April 11, 2008

Davidoff, Malito & Hutcher, LLP

By: _____
    Lewis M. Smoley (LS 4613)
Attorneys for the Plaintiff
605 Third Ave., 34th floor
New York, New York 10158
(212) 557-7200

_____
    Carl E. Person (CP 7637)
Attorney for the Defendants
325 W. 45th Street – Suite 201
New York, New York 10036-3803
(212) 307-4444

SO ORDERED:   4/15/08

_____
    U. S. D. J.

00373232